[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

OCT 25 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Daniel Happ

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

(1) Latoya Hughes, Director
(2) Illinois Department of Corrections
(3) C/O Irick (4) C/O Ruthford
(5) C/O Mitchell-Silver (6) C/O Bolin
(7) Lt. Sandholm (8) C/O J. Rightoues
(8) John Doe (9) John Doe (10) John Doe (11) Jane Doe Nurse

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

Case No: __24-50434__
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

__X__     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Daniel Happ

B. List all aliases: N/A

C. Prisoner identification number: M40417

D. Place of present confinement: Joliet Treatment Center (IDOC)

E. Address: 2848 W. McDonough St. Joliet, Il. 60436

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Latoya Hughes
   Title: Acting Director Official Capicity
   Place of Employment: Illinois Dept. of Corrections

B. Defendant: Illinois Dept. of Corrections
   Title: (Official Capacity and Individual Capacity)
   Place of Employment: IDOC 1301 Concordia Ct. P.O.Box 19277, Springfield, Il. 62974

C. Defendant: Correctional Officer "Irick"
   Title: C/O Irick IDOC correctional Staff (Individual Capacity)
   Place of Employment: Dixon Correctional Center (IDOC)

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

D. Defendant: Ruthford
   Title: Correctional Officer (Individual Capacity)
   Place of Employment: Dixon Correctional Center

E. Defendant: Mitchell-Silver
   Title: Correctional Officer (Individual Capacity)
   Place of Employment: Dixon Correctional Center

F. Defendant: Bolin
   Title: Correctional Officer (Individual Capacity)
   Place of Employment: Dixon Correctional Center

G. Defendant: Sandholm
   Title: (Lt.) Sandholm    (Individual and Official Capacity)
   Place of Employment: Dixon Correctional Center

H. <u>Defendant</u>: J. Rightoues
Title: Correctional Officer (Individual Capacity)
Place of Employment: Dixon Correctional Center

I. <s>Defendant(s)</s>: John Doe x 3
Title: Correctional Officer(s) (Individual Capacities)
Place of Employment: Dixon Correctional Center

J. <s>Defendant</s>: Jane Doe Nurse
Title: Wexford Medical Nurse (Individual Capacity)
Place of Employment: Wexford Medical (Contracted IDOC at Dixon Correctional Center)

III. List all lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States: **None**.

\* **Grievances**

I filed a grievance in this matter and have copies of each grievance stage through final stage, properly exhausting all my Administrative Remedies. The ARB failed to respond to my last stage for over a year ignoring my several letters until I sent a certified mail letter, only then did they respond and deny my final stage.

# IV. Statement Of Claims

① On June 3, 2023 at Dixon Correctional Center of the Illinois Dept. of Corrections (IDOC) located at 2600 N. Brinton Avenue, Dixon, IL. 61021, between 2-2:45 pm in Building #148, D-Wing Cell No. 8, I, Daniel Happ, was housed under Psychiatric Care for severe mental illness and mental disabilities under the Americans with Disabilities Act (ADA).

② In the above forementioned date, time, and place several officers approached then entered my cell, handcuffed me, sprayed me with Oleo-Resin chemicals and using a tactical shield slammed me into the cell floor and punching and kicking my head and body.

③ After being in full compliance without any resistance I heard Lt. Sandholm tell the officers "Fuck it, get Him," and then they all beat me.

(4) Upon entering my cell I was ordered to turn around facing the wall with my hands on my head and kneel on my knees. I complied and was handcuffed behind my back by C/O Irick and C/O Ruthford.

(5) Behind them was Lt. Sandholm that gave the other officers an order stating "fuck it, Get him".

(6) Two other unidentified John Doe officers entered the cell with a large tactical shield and slammed into me as a third John Doe officer maced me. My head was slammed into the cell wall then floor.

(7) Immediatley I felt strong punches and being kicked as I seen C/O Mitchell-Silver, C/O Bolin, and C/O J. Rightoues all beating on me.

⑧ I repeatedly screamed and begged these officers to stop hitting me and as I pleaded this C/O J. Rightoues gave me a final punch in my Right eye that caused my eye to immediately swell shut dark black. I was dragged out of the cell to a bench. All these officers threatened to Beat me and kill me if I told anyone or filed grievances.

⑨ A nurse was called to examine my condition and this nurse looked at my face and asked me "if I had any broken bones." I said "I don't know please help me." She then stated "You will be fine" and the gaurds placed me into a new cell and refused me cleansing, rinse, or shower to clean the chemicals off my body, and I was literally refused medical treatment due to the Nurse negligence in care during her exam and failure to treatment.

⑩ My Body was beaten, bruised, and burned from Oleo-Resin Capsiccum Chemicals for several days and weeks.

# CLAIMS

(11) In paragraph 5, Lt Sandholm exercised the following violations of State and federal laws when he provided orders to other staff to Assault and Batter me by stating "Fuck it, Get Him":

a.) 8 and 14th Constitutional Rights (Federal violations)

b.) Illinois State law violations, including:

- Assault
- Willful and Wanton Conduct
- Official Misconduct
- Intentional Infliction of Emotional Distress
- Negligent Infliction of Emotional Distress
- Negligence

- Including violations of Americans w/ disabilities Act

(12) In paragraph #6 3 unidentified John Doe's exercised the following violations of State and federal laws including 8th and 14th U.S. constitutional Rights violations using Excessive Force and Illinois State law violations including:

- Assault and Battery including (use of chemical(s))
- Willful and Wanton Conduct
- Official Misconduct
- Intentional Infliction of Emotional Distress
- Negligent Infliction of Emotional Distress
- Negligence

- including violations of any Americans with Disabilities Act

(13) In paragraph #7 and #8 C/O Mitchell-Silver, C/O Bolin, C/O J. Rightones all exercised the following State and federal law violations:

8 and 14 U.S. Constitutional Right violations in their uses of Excessive force and the following Illinois State law violations

- Assault and Battery
- Willful and Wanton Conduct
- Official Misconduct
- Itentional Infliction of Emotional Distress
- Negligent Infliction of Emotional Distress
- Negligence

- including violations of any Americans w/ disabilities act

In paragraph #8 all Defendants threatened "retaliation" if I filed any grievances or reported them for beating on me, in violation of my Constitutional Rights.

(14) In paragraph #9 the Nurse (unidentified Jane Doe) exercised violations of Both State and federal laws when she failed to adequately and properly provide me with medical care and treatment failing to instruct or order staff to provide cleansing of Oleo-Resin Capsicum Chemicals from my Body and refusing to provide adequate medical treatment violating my 8th and 14th U.S. Constitutional Rights and violations of Illinois laws of
- Negligence
- Medical Negligence
- Negligent Infliction of Emotional Distress
- Violations of Americans w/ Disabilities Act

*<u>All Defendants exercised Deliberate Indifference</u> Each Defendant(s) conduct resulted in great bodily harm including severe bruising, a concussion, swollen shut eye, intense burning from chemicals, Extreme Pain and Suffering including mental duress and treatment for Post Traumatic Stress Disorder.

* Plaintiffs seeks this Court to Exercise Supplemental Jurisdiction over all state law claims in this Complaint.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$300,000.00 in Compensation Damages
$700,000.00 in Punitive Damages
with all costs of this claim to be paid for

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __13__ day of __October__, 20__24__

__Daniel J Happ__
(Signature of plaintiff or plaintiffs)

__Daniel Happ__
(Print name)

__M40417__
(I.D. Number)

__Joliet Treatment Center__
__2848 W. McDonough St.__
__Joliet, IL 60436__
(Address)

