**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Daniel Happ (M-40417), ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 24 C 50434 |
| v. ) | |
| ) | Hon. Iain D. Johnston |
| Latoya Hughes, et al, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## ORDER

    The Marshal has filed an unexecuted return of service [14] as to defendant "Ruthford" indicating that "Dixon Correctional Center litigation coordinator stated that they have two officers named Rutherford. USMS unable to locate correct defendant without additional identifying information." Dkt 14. The Court directs the Clerk to issue an alias summons for Defendant Ruthford and to mail Plaintiff one blank USM-285 form along with a copy of this order. To proceed with his claim against this defendant, Plaintiff must return another completed USM-285 form for defendant in the care of the Prisoner Correspondent. He must include as much identifying information as possible (for example, a physical description, the location and date of any interactions Plaintiff had with the defendant, and so forth). The Marshal is reappointed to effect service and to make all reasonable efforts to locate this defendant using any information Plaintiff provides. If Plaintiff fails to return a new form with additional information by March 7, 2025, his claim against "Ruthford" will be summarily dismissed.


Date: February 10, 2025    By: _____
                                                      Iain D. Johnston
                                                    United States District Judge